IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   13-cv-02826-WYD-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:              January 6, 2014 | Courtroom Deputy:    Sabrina Grimm |

| *Parties:* | *Counsel:* |
|---|---|
| ELHAM SALEMI, | Darold W. Killmer |
| | Danielle C. Jefferis |
| Plaintiff, | |
| v. | |
| COLORADO PUBLIC EMPLOYEES' RETIREMENT ASSOCIATION, *et al.*, | Meghan W. Martinez |
| | Ann E. Christoff |
| | Kim Riccardi |
| Defendants. | Megan Westberg |

### COURTROOM MINUTES

**STATUS CONFERENCE**

**9:57 a.m.      Court in session.**

Court calls case.  Appearances of counsel.

Also present, Plaintiff Elham Salemi.

Discussion regarding Defendants' Motion to Stay Discovery Pending Resolution of Motion to Dismiss [14], potential amended complaint,

**ORDERED:   Defendants' Motion to Stay Discovery Pending Resolution of Motion to Dismiss [14] is DENIED WITHOUT PREJUDICE.  The Court, *sua sponte*, will stay all discovery in the case until: 1) an amended complaint has been filed; and 2) briefing on the motion to dismiss is complete.  Once briefing is complete, a further hearing will be scheduled.**

**ORDERED:   Defendants' Motion to Dismiss [16] is WITHDRAWN.**

**ORDERED:   Plaintiff is directed to file an Unopposed Motion to file Amended Complaint on**

**or before January 17, 2014.**

Discussion regarding initial disclosures.

**10:15 a.m.     Court in recess**.

Hearing concluded.
Total time in court:     00:18

To order transcripts of hearings, please contact Avery Woods Reporting at (303) 825-6119.