IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   13-cv-02826-WYD-CBS

ELHAM SALEMI,

    Plaintiff,

v.

COLORADO PUBLIC EMPLOYEES' RETIREMENT ASSOCIATION;
TIM MOORE, in his official and individual capacities; and,
ANGELA SETTER, in her official and individual capacities,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    THIS MATTER is before the Court on plaintiff, Elham Salemi's, Unopposed Motion For Leave To Exceed Page Limit [ECF No. 31].

    After careful review of the motion and case file, I find that pursuant to Rule II(E)2 of my PRACTICE STANDARDS, extraordinary circumstances exist such that an exception to my page limitations is warranted.  Accordingly, in the interest of judicial efficiency, it is

    ORDERED that Salemi's, Unopposed Motion For Leave To Exceed Page Limit [ECF No. 31] is **GRANTED and Salemi's response to the Defendants' Motion To Dismiss Amended Complaint And This Action [ECF No. 28] may be up to 40 pages in length.**

    Dated:  March 19, 2014.