IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   13-cv-02826-WYD-CBS

ELHAM SALEMI,

    Plaintiff,

v.

COLORADO PUBLIC EMPLOYEES' RETIREMENT ASSOCIATION;
TIM MOORE, in his official and individual capacities; and,
ANGELA SETTER, in her official and individual capacities,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    THIS MATTER is before the Court on defendants, Colorado Public Employees' Retirement Association, Tim Moore, and Angela Setter's ("the Defendants") Unopposed Motion For Leave To Exceed Page Limit [ECF No. 34],

    In their motion, the Defendants refer to "*Judge Moore's* Practice Standards . . ." ECF No. 34, p. 1 (emphasis added).  It is clear that this is in error.  I advise the Defendants to engage in more meticulous proof-reading prior to filing any future motion in this Court.

    After careful review of the motion and case file, I find that pursuant to Rule II(E)2 of my PRACTICE STANDARDS, extraordinary circumstances exist such that an exception to my page limitations is warranted.  Accordingly, in the interest of judicial efficiency, it is

    ORDERED that the Defendants' Unopposed Motion For Leave To Exceed Page Limit [ECF No. 34] is **GRANTED and the Defendants' reply to Plaintiff's Response To Defendants' Motion To Dismiss Amended Complaint may be up to 30 pages in length.**

    Dated:  March 28, 2014.