IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   13-cv-02826-WYD-CBS

ELHAM SALEMI,

    Plaintiff,

v.

COLORADO PUBLIC EMPLOYEES' RETIREMENT ASSOCIATION;
TIM MOORE, in his individual capacity; and
ANGELA SETTER, in her individual capacity,

    Defendants.

## ORDER

THIS MATTER is before the Court on Defendants' Motion to Dismiss Amended Complaint and This Action (ECF No. 28), filed on February 10, 2014.   After reviewing the Motion, Plaintiff's Response, the Reply, and taking into account the allegations of the Amended Complaint, I find that the allegations of the First Amended Complaint and Jury Demand allege plausible causes of action as to each of the seven claims for relief. Accordingly, it is

ORDERED that Defendants' Motion to Dismiss Amended Complaint and This Action (ECF No. 28) is hereby **DENIED**.

Dated:   September 30, 2014.

                                                     BY THE COURT:

                                                     s/ Wiley Y. Daniel
                                                     WILEY Y. DANIEL,
                                                     SENIOR UNITED STATES DISTRICT JUDGE