IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    13-cv-02826-WYD-CBS

ELHAM SALEMI,

      Plaintiff,

v.

COLORADO PUBLIC EMPLOYEES' RETIREMENT ASSOCIATION;
TIM MOORE, in his individual capacity; and
ANGELA SETTER, in her individual capacity,

      Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    The Defendants' Motion for Leave to File Combined Motion for Summary Judgment (ECF No. 55), filed June 9, 2015, is **GRANTED**.

    Dated:   June 11, 2015.