IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    13-cv-02826-WYD-CBS

ELHAM SALEMI,

      Plaintiff,

v.

COLORADO PUBLIC EMPLOYEES' RETIREMENT ASSOCIATION;
TIM MOORE; and
ANGELA SETTER,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      The Plaintiff's Unopposed Motion for Leave to Reset Deadlines of Response and Reply Briefs on Summary Judgment (ECF No. 67), filed July 30, 2015, is **GRANTED**. Accordingly, the Plaintiff's response to the Motion for Summary Judgment (ECF No. 56) is due on or before August 10, 2015 and the Defendants' reply is due on or before August 31, 2015.

      Dated:   August 11, 2015.