IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    13-cv-02826-WYD-CBS

ELHAM SALEMI,

    Plaintiff,

v.

COLORADO PUBLIC EMPLOYEES' RETIREMENT ASSOCIATION;
TIM MOORE; and
ANGELA SETTER,

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Defendants' Unopposed Motion for Leave to Exceed Page Limit (ECF No. 77), filed August 26, 2015, is **GRANTED**.   Defendants' reply brief shall not exceed 36 pages of text, excluding the fact sections.

    Dated:   August 26, 2015.