IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  13-cv-2826-WYD-CBS

ELHAM SALEMI,

    Plaintiff,

v.

COLORADO PUBLIC EMPLOYEES' RETIREMENT ASSOCIATION;
TIM MOORE, in his official and individual capacities;
ANGELA SETTER, in her official and individual capacities;

    Defendants.

_____

### ORDER ON MOTIONS TO RESTRICT PUBLIC ACCESS
_____

THIS MATTER is before the Court on Defendants' Motion to Restrict Public Access to Exhibits to and Portions of Plaintiff's Response to Defendants' Motion for Summary Judgment (ECF No. 76), filed on August 24, 2015; Defendants' Motion to Restrict Public Access to Exhibits to and Portions of Reply in Support of Defendants' Motion for Summary Judgment (ECF No. 83), filed on August 31, 2015; and Defendants' Motion for Leave to Supplement Defendants' Unopposed Motion to Restrict Public Access to Exhibits in Support of Defendants' Motion for Summary Judgment (ECF No. 93), filed on October 5, 2015.

After careful consideration of the record, and the requirements for motions seeking to restrict access to documents under D.C.COLO.L.CivR 7.2, it is

ORDERED that the Motion for Leave to Supplement (ECF No. 93) is **GRANTED**. It is

FURTHER ORDERED that Defendants' Motion to Restrict Access (ECF No. 83) is **GRANTED**. Exhibits 52 and 57, attached to Defendants' Reply to its Motion for Summary Judgment (ECF No. 81), are **RESTRICTED at Level 1**, which limits access to the parties and this Court. Fact Paragraphs 36(b) (the chart), 38, 214, and page 66 of Defendants' Reply to its Motion for Summary Judgment have already been redacted by the Defendant, and shall stand as filed. It is

FURTHER ORDERED that Defendants' Motion to Restrict Access (ECF No. 76) is **GRANTED**. Exhibits 4, 6, 9, 11, 14, 15, 42, 43, 44, 45, 46, 48, 49, and 50 of Plaintiff's Response to Defendants' Motion for Summary Judgment (Plaintiff's Response is at ECF No. 69; the Exhibits in question are attached at ECF No. 70), are **RESTRICTED at Level 1**, which limits access to the parties and this Court. It is

FURTHER ORDERED that the entirety of Plaintiff's Response (ECF No. 69) is hereby **RESTRICTED at Level 1**, with leave granted to Plaintiff to file a redacted version of her Response, with redactions made at Fact Paragraphs 38, 41, 43, and 214, as well as page 73 at footnote 12.

Dated: January 13, 2016

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge